Case 7:14-cr-00890   Document 1   Filed in TXSD on 06/24/14   Page 1 of 1

United States District Court
Southern District of Texas
FILED

JUN 24 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-14-890** |
| ALEXIS ANTONIO GUERRERO-PARRA | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 28, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ALEXIS ANTONIO GUERRERO-PARRA**

knowingly and intentionally did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States, that is, Brian Yontz, a United States Border Patrol Agent, while he was engaged in and on account of the performance of his official duties, and in doing so did inflict bodily injury.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY