**U.S. Department of Justice**
Washington, D.C.

Criminal Docket

6/17/2014/aa

_____McALLEN_____ Division

CR. No. _____ **M-14-890** _____

**INDICTMENT**    Filed: June 24, 2014

Judge: _____ **MICAELA ALVAREZ** _____

County: Hidalgo

Lions #: **2014R11892**

UNITED STATES OF AMERICA

v.

ALEXIS ANTONIO GUERRERO-PARRA
**--WARRANT--**

Attorneys:
KENNETH MAGIDSON, U. S. ATTORNEY _____

LEO J. LEO, ASST. U.S. ATTORNEY _____

Ct. 1 _____

Charge(s):    Ct. 1:    Assaulting, resisting, or impeding certain officers or employees
                        Title 18, United States Code, Sections 111(a)(1) and 111(b)

Total
Counts
**(1)**

Penalty:    Ct. 1:    Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not
                        more than a 3 yr. SRT

Agency:    Federal Bureau of Investigations - William J. Slavinski - 89B-SA-4839821

Date

Proceedings