*Magistrate*

U.S. Department of Justice
United States Attorney

# United States District Court
# SOUTHERN District of Texas
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | GRAND JURY NO. __1__ |
| V. | § § | CRIMINAL NO. **M-14-890** |
| ALEXIS ANTONIO GUERRERO-PARRA | § | |

### ORDER FOR BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| ALEXIS ANTONIO GUERRERO-PARRA | NO BOND |

ENTERED at McAllen, Texas, this __24th__ day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE